Case 2:15-cv-03895-KSH-CLW    Document 10    Filed 11/21/16    Page 1 of 1 PageID: 43

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NAVA LANIADO, <br><br> Plaintiff(s) <br><br> -against- <br><br> ACCOUNT CONTROL SYSTEMS, INC., ET AL, <br><br> Defendant(s) | Civil Case No.:  15-CV-03895 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, Nava Laniado, Plaintiff and Account Control Systems, Inc. and Cypress Financial Recoveries, LLC, Defendants through their respective counsel, that the above-captioned matter is voluntarily dismissed with prejudice. The parties have also agreed that the purported non-certified class action shall be dismissed without prejudice.

Dated:  November 21, 2016

/s/ Ari H. Marcus
Ari H. Marcus, Esq.
Marcus & Zelman, LLC
1500 Allaire Avenue, Suite 101
Ocean, NJ 07712
T: 732- 695-3282
Attorneys for Plaintiff

ORDERED:_____
KATHARINE S. HAYDEN, U.S.D.J.

DATE:__11/21/16_____

1